BEFORE THE THIRD DIVISION, FEBRUARY 20, 1959

**No. 62770.**—Frederick H. Giesler *v.* United States, protest 204797–K (Nogales).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

FEBRUARY 16, 1959

**No. 62771.**—SUIT 4944.—J. B. Henriques, Inc. *v.* United States.— reversed December 15, 1958.   C.A.D. 695.

BEFORE THE FIRST DIVISION, FEBRUARY 25, 1959

**No. 62772.**—Grosse' Jewels *v.* United States, protest 58/5934 (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.

**No. 62773.**—Croton Watch Co., Inc., and Mayork Corporation *v.* United States, protests 58/7175 and 58/7208 (New York).

Opinion by OLIVER, C. J.   The protests were dismissed.

**No. 62774.**—We Moderns, Inc. *v.* United States, protest 58/6419 (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiff was sustained.